**Order filed March 25, 2021**



**In The**

# Fourteenth Court of Appeals

### NO. 14-20-00746-CV

## IN RE THE COMMITMENT OF M.G.

**On Appeal from Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 531010003**

### ORDER

This is an appeal from an order requiring court-ordered mental health services under chapter 574 of the Health and Safety Code. *See* Tex. Health & Safety Code § 574.070. Appellant's brief was due March 22, 2021. No brief has been filed.

We order appellant's appointed counsel, **Martina Cartwright**, to file appellant's brief by **April 12, 2021**. If the brief is not filed by that date, the court may require appointment of new counsel due to the failure to timely file appellant's brief.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Hassan.